**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-08042-01-PCT-SPL |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Craig Harvey Pelt, | |
| Defendant. | |

On January 26, 2016, Defendant appeared before this Court for sentencing. The Court was informed Defendant has not been in contact with his attorney as ordered in the Conditions of Release (Doc. 12). The Court was also informed that Defendant's supervision has declined from satisfactory to a marginal level of compliance. Defendant has not provided any verification of his continued group domestic classes and was cited for traveling at a speed of 100 miles-per-hour in a 65 zone near Gap, Arizona. Defendant did not return phone messages left by his Pretrial Services Officer to discuss the issues. The Defendant was found to be in violation of pretrial release and Defendant submitted to the issue of detention. The Court has considered the information provided to the Court in determining whether Defendant should remain released on conditions set by the Court pending sentencing.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance and safety. 18 U.S.C. § 3148(b).

**IT IS THEREFORE ORDERED** that Defendant be detained pending sentencing.

Dated this 26th day of January, 2016.

                                                  Honorable Steven P. Logan
                                                  United States District Judge